IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENNIE DAVID GUY**                                                                                              **PETITIONER**

VS.                              **CASE NO. 5:12CV00092 JMM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                                  **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this   26   day of  June , 2012.

_____
UNITED STATES DISTRICT JUDGE